### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 14-652-13** |
| | : | |
| **MIGUEL IRIZZARY** | : | |

## ORDER

**AND NOW**, this 25th day of February 2021, upon considering Defendant's Motion for compassionate release (ECF Doc. No. 1323), the United States' Opposition (ECF Doc. No. 1333), Defendant's counseled Reply (ECF Doc. No. 1334), review of the sealed medical exhibits (ECF Doc. No. 1332), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF Doc. No. 1323) is **DENIED**.

                                                              _____
                                                              **KEARNEY, J.**